UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

BONDEX INSURANCE COMPANY,                    :

                Plaintiff,                 :

v.                                           :          **ORDER**

                                             :

NANCY MULLEN, et al.,                        :          25-CV-09287 (PMH)

                                             :

              Defendants.                 :

-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On November 7, 2025, Bondex Insurance Company ("Plaintiff") commenced the instant action against Nancy Mullen, HVS, LLC, Hudson Valley Services LLC, and A5 Viking Corp., ("Defendants"). (Doc. 1).

On November 13, 2025, the Clerk of Court issued summonses as to the Defendants with respect to the Complaint. (Docs. 12-15). On December 23, 2025, Plaintiff filed affidavits of service as to the Defendants. (Docs. 16-19). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by March 2, 2026. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
      January 30, 2026

                                   _____

                                   Hon. Philip M. Halpern
                                   United States District Judge