UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BONDEX INSURANCE COMPANY,                    :
                                             :
                    Plaintiff,               :     **ORDER**
                                             :
v.                                           :
                                             :     25-CV-09287 (PMH)
NANCY MULLEN, et al.,                        :
                                             :
                    Defendants.              :
------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On November 7, 2025, Bondex Insurance Company ("Plaintiff") commenced the instant action against Nancy Mullen, HVS, LLC, Hudson Valley Services LLC, and A5 Viking Corp., ("Defendants"). (Doc. 1). On November 13, 2025, the Clerk of Court issued summonses as to the Defendants with respect to the Complaint. (Docs. 12-15). On December 23, 2025, Plaintiff filed affidavits of service as to the Defendants. (Docs. 16-19). Defendants did not answer or otherwise respond to the Complaint. Accordingly, on January 30, 2026, the Court issued an Order directing Plaintiff to comply with this Court's Individual Practices Rule 4(B) by March 2, 2026. The Order also warned Plaintiff that failure to strictly comply with this Court's Individual Practices and the order could result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b). Between February 27, 2026 and March 4, 2026, Plaintiff attempted to obtain Clerk's Certificates of Default as to the Defendants, but has thus far been unsuccessful. (*See* Docs. 21-24; Clerk's Deficiency Notices dated March 4, 2026; Docs. 25-28; Clerk's Deficiency Notice dated March 6, 2026). There has been no activity on the docket since the abovementioned filings/notices.

Accordingly, the Court *sua sponte* extends the time for Plaintiff to comply with the Court's prior order (Doc. 20) to March 16, 2026. The Court reminds Plaintiff that failure to strictly comply with this Court's Individual Practices (specifically, Rule 4(B) and Attachment A), this Order, and

the Court's Prior Order (Doc. 20) may result in dismissal of this action in its entirety, without

prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
        March 9, 2026

Hon. Philip M. Halpern
United States District Judge