UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONDEX INSURANCE COMPANY,

                Plaintiff,

          -against-

NANCY MULLEN, et al.,

                Defendants.

**ORDER**

25-CV-09287 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 11, 2026, counsel for Defendant Nancy Mullen ("Mullen") in a Chapter 7 bankruptcy matter in the United States Bankruptcy Court, Northern District of New York (No. 25-61046), filed a letter in this matter noting that Defendant Mullen had filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. (Doc. 64). The bankruptcy action is currently pending, according to counsel's representations. (*Id.*). The claims in this case against Defendant Mullen, therefore, are stayed pursuant to 11 U.S.C. § 362.

Defendants HVS, LLC, Hudson Valley Services LLC, and A5 Viking Corp. have not appeared or answered and certificates of default were entered against them on March 17, 2026. (*See* Docs. 39, 40, 42). There is also a pending and returnable Order to Show Cause for Default Judgment as to all Defendants. (*See* Doc. 59). Defendants have failed to provide opposition or any response to the Order to Show Cause, as of the date of this Order.

Accordingly, the Court will issue an order administratively closing this case without prejudice to reopening within 30 days of the conclusion of the bankruptcy proceedings unless, by June 19, 2026, the parties advise the Court by letter filed via ECF why this stayed case should remain open and active in light of the foregoing.[1]

---

[1] The Court will also, contemporaneous with the administrative closure of the case, deny without prejudice Plaintiff's pending order to show cause for default judgment. (Doc. 59).

**SO ORDERED.**

Dated:  White Plains, New York
       June 12, 2026

_____
Philip M. Halpern
United States District Judge

2