UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONDEX INSURANCE COMPANY,

               Plaintiff,

        -against-

NANCY MULLEN, et al.,

             Defendants.

**ORDER**

25-CV-09287 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 11, 2026, counsel for Defendant Nancy Mullen ("Mullen") in a Chapter 7 bankruptcy matter in the United States Bankruptcy Court, Northern District of New York (No. 25-61046), filed a letter in this matter noting that Defendant Mullen had filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. (Doc. 64). The bankruptcy action is currently pending, according to counsel's representations. (*Id.*). The claims in this case against Defendant Mullen, therefore, are stayed pursuant to 11 U.S.C. § 362.

On June 12, 2026, the Court issued an order providing that this case would be administratively closed without prejudice to reopen within thirty days of the conclusion of the bankruptcy proceeding, unless, by June 19, 2026, the parties filed a letter explaining why this stayed case should remain open and active in light of the posture of this case. The parties have not filed any letter or otherwise communicated with the Court to date.

Accordingly, it is hereby ORDERED that the Clerk of Court shall administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the bankruptcy proceedings or other vacatur of the automatic stay.[1] It is

---

[1] *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the

further ORDERED that the pending order to show cause for default judgment (Doc. 59) is denied

without prejudice to refiling following any reopening of this case.

All conferences or other scheduled court appearances are cancelled.

SO ORDERED.

Dated:  White Plains, New York
        July 1, 2026

_____
Philip M. Halpern
United States District Judge

---

removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure
is the same as a stay" (internal citations and quotation marks omitted)).